IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL W. GROSS, | ) | Nos.   C 15-4366 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER DIRECTING PETITIONER TO FILE OPPOSITION** |
| vs. | ) ) ) | |
| S. PEERY, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254.  Respondent filed a motion to dismiss the petition as untimely and a reply brief.  Respondent indicates in his reply brief that he received an opposition from Petitioner.  The Court has not received any opposition.  If Petitioner wants the Court to consider his opposition to the motion to dismiss, he must file it with the Court (not simply serve it on Respondent) on or before **June 7, 2016**.

IT IS SO ORDERED.

DATED:  May 12, 2016

_____
CHIEF JUDGE PHYLLIS J. HAMILTON for
JEFFREY S. WHITE
United States District Judge